## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSE SHABARA,

        Appellant

        v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Appellee

: No. 35 EAP 2018
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Application for Summary Relief is GRANTED, and the appeal is DISMISSED.